IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THRUSTMASTER OF TEXAS, INC. )
)
Plaintiff, )
)
v. ) No. 03-1420C
) (Senior Judge Bruggink)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an 8-day enlargement of time, to and including October 16, 2003, within which to file its response to the complaint. Our response is currently due on October 8, 2003. This is defendant's third request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and has informed the undersigned that it does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant has received the litigation report form the interested agency, the United States Department of the Army, but has not had sufficient opportunity to assess the Government's position.

The undersigned is working closely with agency counsel to review relevant documents and develop the Government's position in this case. However, additional time is necessary to review the litigation report, its attachments, and prepare the

Government's response to the complaint.

Although we recognize that the Court disfavors requests for enlargement based upon work in other courts, in the next week, the undersigned counsel must devote considerable time to matters in the United State Court of Appeals for the Federal Circuit and the Court of International Trade, including: Wanner v. DVA, 03-7169 (Fed. Cir.) (appellant's brief due October 9, 2003); United States v. Global Transportation Inc.,01-00777 (CIT)(plaintiff's capsule summary of the issues due October 6, 2003); and United States v. Global Transportation Inc. 01-00777 (CIT)(settlement conference October 14, 2003). The additional time will allow counsel to fulfill these obligations while completing the response to plaintiffs' complaint in this case. The undersigned counsel apologizes to the Court and the plaintiffs for any inconvenience that this may cause.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN
Assistant Director

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 307-0972

October 6, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ___ day of October 2003, I caused to be served via United States Mail (first class, postage prepaid) of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

Raymond Sherbill
Ridberg, Press & Sherbill
3 Bethesda Metro Center
Suite 650
Bethesda, MD 20814
(301)913-5770

______________________________