# INDEX TO APPENDIX


| Document | Page(s) |
| --- | --- |
| Contract provisions | 1 |
| Modifications | 8 |
| Letter from Mr. Sherbill, 2/21/02 | 15 |
| Army Cost Estimate | 18 |
| Final Decision | 20 |