# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, & 30*

1. REQUISITION NUMBER

PAGE 1 OF 80

2. CONTRACT NO. Upon execution, number will appear on Page 1A.

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER

6. SOLICITATION ISSUE DATE **12/29/97**

7. FOR SOLICITATION INFORMATION CALL →

a. NAME **Mary Ann Swearingen**

b. TELEPHONE NUMBER *(No collect calls)* **817/978-8377**

8. OFFER DUE DATE/ LOCAL TIME **N/A**

9. ISSUED BY CODE

GSA, General Products Center
Schedules Contracting Division (7FXG-U5)
819 Taylor Street Room 6A24
Fort Worth, TX 76102-6114

*IMPORTANT: When responding, complete all lightly shaded blocks and return the offer/bid to the above address.*

10. THIS ACQUISITION IS

☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8 (A)

SIC ____

SIZE STANDARD ____

11. DOMESTIC DELIVERY: FOB ORIGIN

INTERNATIONAL DELIVERY: FOB DESTINATION

12. DISCOUNT TERMS

**Minimum: Net 30 days**
**Other: ____ % ____ days**

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION

☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO CODE

To be shown on each order issued under any contract Resulting from this solicitation.

16. ADMINISTERED BY CODE

**See attached page 1A of any contract resulting from this solicitation.**

17a. CONTRACTOR/ OFFEROR CODE 65848 FACILITY CODE

NAME AND ADDRESS

Thrustmaster of Texas, Inc.
P.O.Box 840189/12227 FM 529
Houston, Texas 77284-0189

TELEPHONE NO. 713-937-6295 FAX NO. 713-937-7962 DUNS 13-761-9284

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE

**See Block 15.**

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

**Do not complete blocks 19 through 24, see schedule of supplies/items beginning on page 2.**

(Attach Additional Sheets as Necessary)

25. ACCOUNTING AND APPROPRIATION DATA
See Block 15

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*
**INDEFINITE**

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☒ 29. AWARD OF CONTRACT: REFERENCE ____ OFFER DATED ____. YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: **See attached continuation page(s) beginning on Page 1A.**

30a. SIGNATURE OF OFFEROR/CONTRACTOR
[signature], Pres

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
Upon execution, signature will appear on page 1A.

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*
Joe R. Bekker - President

30c. DATE SIGNED
09/03/98

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*

31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
PARTIAL FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐ FINAL

37. CHECK NUMBER

**Source Selection Information**
**See FAR 3.104**

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

ustMaster of Texas, Inc.'s offer dated September 3, 1998, as modified by correspondence dated February , and April 12 and 22, 1999, submitted in response to Solicitation No. 7FXG-U5-98-1901-B, for Multiple Award Schedule FSC Group 19, Part I, Marine Craft and Equipment, Inboard and Outboard Engines, Towable Bladders and Floating Barriers and Buoys, is hereby accepted for Special Item Number 260-14, for the contract period May 1, 1999, through April 30, 2004.

Price List Award Is Based Upon: WorkMaster Deck-Mounted Outboard Hydraulic Propulsion Units Price List dated April 21, 1999

The Economic Price Adjustment, clause 552.216-71(FEB 1996) (Alternate I - Jan 1989) (Deviation), applies to all awarded items. Award is predicated upon Most Favored Customers (MFC) who are all commercial customers. Price reduction provisions will be activated should ThrustMaster grant any non-Federal customer any discount, for orders within the assigned MOL. If a discount is granted, the Government will receive a price reduction for the duration of the contract period in order to maintain the price relationship established at time of contract award, in accordance with the provisions of the Price Reduction Clause, 552.238-76.

Clarification of MFC and Government relationship: For the life of the contract, the Government basic discount will be 50% greater than the discount granted to the MFC. The discount relationship established at the time of award between the Government and the MFC shall remain in effect for the term of the contract. The MFC is identified as any commercial customer; the MFC receives a maximum basic discount of 0%.

Contract No: GS-07F-0204J

ective Date: May 1, 1999, through April 30, 2004

The contract will be administered by the address shown in Block 9 of Page 1 except for the Industrial Funding Fee and 72A-Report of Orders. This function is delegated to and will be administered as follows:

GSA, FSS, 9FQ
450 Golden Gate Avenue West
4th Floor
San Francisco, CA 94102-3434

This award consummates the contract that consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

CHERYL GOFF
TYPED NAME OF CONTRACTING OFFICER

Cheryl Goff
SIGNATURE (United States of America)

4-22-99
DATE SIGNED

**Source Selection Information**
**See FAR 3.104**

**following pages of this award reflect terms and conditions accepted at the time of award. required in Clause I-FSS-600, Contract Price Lists, the following information must also appear on the Cover Page Notices required by the clause.**

* * * * *

GENERAL SERVICES ADMINISTRATION
FEDERAL SUPPLY SERVICE
AUTHORIZED FEDERAL SUPPLY SCHEDULE CATALOG/PRICE LIST

On-line access to contract ordering information, terms and conditions, up-to-date pricing, and the option to create an electronic delivery order is available through **GSA** *Advantage!,* a menu-driven database system. The INTERNET address for **GSA** *Advantage!* is **http://www.gsa.gov**.

SCHEDULE TITLE: Marine Craft and Equipment, Inboard and Outboard Engines, Towable Bladders and Floating Barriers and Buoys
Group 19, Part I

FSC CLASS (ES): 2805

CONTRACT NUMBER: GS-07F-0204J

CONTRACT PERIOD: May 1, 1999, through April 30, 2004

CONTRACTOR'S NAME, ADDRESS, TELEPHONE AND FAX NUMBER; E:MAIL AND/OR WEB SITE ADDRESS:

ThrustMaster of Texas, Inc.
PO Box 840189, 12227 FM 529
Houston, TX 77284-0189
PHONE: 713-937-6295
FAX: 713-937-7962
Web Site: *http://www.thrustmastertexas.com*
E-Mail:

CONTRACTOR'S ADMINISTRATION SOURCE: Syd Smelt

BUSINESS SIZE: Small

INFORMATION FOR ORDERING ACTIVITIES:

1a. AWARDED SPECIAL ITEM NUMBERS (SIN): 260-14, Marine Propulsion Engines

1b. LOWEST PRICED MODEL NUMBER AND PRICE PER UNIT: WM-75 $64,480

2. MAXIMUM ORDER*: SIN 260-14 $2,000,000

*If the "best value" selection places your order over the Maximum Order, identified in this catalog/price 'ou have an opportunity to obtain a better schedule contract price. Before placing your order, contact the ,actor for a better price. The contractor may (1) offer a new price for this requirement (2) offer the lowest

e available under this contract or (3) decline the order. A delivery order that exceeds the maximum order / be placed under the Schedule contract in accordance with FAR 8.404.

3. MINIMUM ORDER: $100.00

4. GEOGRAPHIC COVERAGE: 48 Contiguous United States and District of Columbia

5. POINT(S) OF PRODUCTION: ThrustMaster of Texas, Inc.
12227 FM 529
Houston, TX 77284

6. BASIC DISCOUNT: 50% (see attached price sheet)

7. QUANTITY DISCOUNT(S): None

8. PROMPT PAYMENT TERMS: Net 30 days

9. GOVERNMENT PURCHASE CREDIT CARD (GPC): Accepted (with no additional discount)

10. FOREIGN ITEMS: None

11. TIME OF DELIVERY AFTER RECEIPT OF ORDER (ARO):
Normal: 140 days ARO
Expedited: 84-112 days ARO
Urgent Requirement: Clause I-FSS-140-B of the contract applies. Agencies can contact contractor's representative to possibly effect a faster delivery.

12. FOB POINT: Origin

13. ORDERING ADDRESS: Same as Contractor address above

14. PAYMENT ADDRESS: Same as Contractor address above

15. WARRANTY PROVISION: Commercial

16. EXPORT PACKING CHARGES: In accordance with clause F-FSS-736-A, Export Traffic Release

* * * * *

**. following clauses are deleted from this contract:**

552.216-73 PLACEMENT OF ORDERS (JUN 1994)(ALT JUNE 1994)
552.232-80 PAYMENT BY CREDIT CARD (DEC 1989)
552.238-76 PRICE REDUCTION (OCT 1994)
552.243-72 MODIFICATIONS (MULTIPLE AWARD SCHEDULE) (AUG 1997)
G-FSS-900-C CONTACT FOR CONTRACT ADMINISTRATION (AUG 1998)
I-FSS-550-B YEAR 2000 WARRANTY - COMMERCIAL SUPPLY ITEMS (AUG 1997)
I-FSS-935 ACCEPTANCE OF GOVERNMENT COMMERCIAL CREDIT CARD (FEB 1991)
552.238-72 CONTRACTOR'S REPORT OF SALES (MAY 1997)
552.238-77 INDUSTRIAL FUNDING FEE (MAY 1997)
G-FSS-72 ELECTRONIC REPORTING OF CONTRACT SALES (AUG 1997)
I-FSS-77 REMITTANCE OF INDUSTRIAL FUNDING FEE (AUG 1997)
I-FSS-600 CONTRACT PRICE LISTS (JAN 1999)
I-FSS-639 CONTRACT AWARD SALES CRITERIA (MAY 1996)
I-FSS-685-A AGGREGATE SALES DISCOUNTS (AUG 1995) (LOCAL DEVIATION)

**The following clauses are added to this contract (full text follows):**

552.216-73 PLACEMENT OF ORDERS (JUN 1994)(ALT II FEB 1999)
552.232-80 PAYMENT BY PURCHASE CARD (VAR I) (MAR 1998)
552.238-76 PRICE REDUCTION (FEB 1999)
243-72 MODIFICATIONS (MULTIPLE AWARD SCHEDULE)(FEB 1999)
;S-900-C CONTACT FOR CONTRACT ADMINISTRATION (DEC 1998)
I-FSS-550-A YEAR 2000 WARRANTY - COMMRCIAL SUPPLY ITEMS (JAN 1999)
552.232-70 INVOICE PAYMENTS (MAR 1998)
52.232-33 MANDATORY INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT
552.238-72 CONTRACTOR'S REPORT OF SALES (FEB 1999)
552.238-77 INDUSTRIAL FUNDING FEE (APR 1998)
I-FSS-598 CENTRAL CONTRACTOR REGISTRATION (CCR) (DEC 1998)
I-FSS-600 CONTRACT PRICE LISTS (JAN 1999)
I-FSS-639 CONTRACT SALES CRITERIA (MAY 1998)
FSS-7FXPM-001 COMPLIANCE WITH VETERANS EMPLOYMENT REPORTING REQUIREMENTS (FEB 1999)
52,222-35 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1998)
52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998)

| ITEMS | | | | DOMESTIC DELIVERY | | | INTERNATIONAL DELIVERY | | |
|---|---|---|---|---|---|---|---|---|---|
| ESTIMATED SALES - (ANNUAL) | SPECIAL ITEM NO. (SIN) | SUPPLIES OR SERVICES | BRAND NAME OF ITEM(S) OFFERED | DOMESTIC PRICE LIST NAME AND DATE | DISCOUNT OFFERED FROM DOMESTIC PRICE LIST | TIME OF DELIVERY (DAYS ARO) | INTER-NATIONAL PRICE LIST NAME AND DATE * | DISCOUNT OFFERED FROM INTER-NATAIONAL PRICE LIST* | TIME OF DELIVERY (DAYS ARO) |
| $25,000 | 260-21<br>FSC 1940 | RECREATIONAL BOATS includes options & accessories | | | | | | | |
| **MARINE ENGINES** | | | | | | | | | |
| $3,500,000 | 260-09<br>FSC 2805 | MARINE ENGINES - outboards & inboards - including options & accessories | | | | | | | |
| $25,000 | 260-14<br>FSC 2805 | MARINE DIESEL PROPULSION ENGINES - including options & accessories | | | | | | | |
| **FLOATING CONTAINMENT SYSTEMS & BUOYS** | | | | | | | | | |
| $2,500,000 | 260-12<br>FSC 1945 | FLOATING MARINE BARRIERS, BOOMS & TOWABLE BLADDERS - including parts & accessories | | | | | | | |
| $25,000 | 260-13<br>FSC 2050 | BUOYS, FLOATS, & MOORINGS- including parts & accessories | | | | | | | |

| ESTIMATED SALES - (ANNUAL) | ITEMS | | | DOMESTIC DELIVERY | | | INTERNATIONAL DELIVERY | | |
|---|---|---|---|---|---|---|---|---|---|
| | SPECIAL ITEM NUMBER (SIN) | SUPPLIES OR SERVICES | BRAND NAME OF ITEM(S) OFFERED | DOMESTIC PRICE LIST NAME AND DATE | DISCOUNT OFFERED FROM DOMESTIC PRICE LIST | TIME OF DELIVERY (DAYS ARO) | INTER-NATIONAL PRICE LIST NAME AND DATE* | DISCOUNT OFFERED FROM INTER-NATAIONAL PRICE LIST* | TIME OF DELIVERY (DAYS ARO) |
| **NEW TECHNOLOGY** | | | | | | | | | |
| $25,000 | 260-99 | Items directly related to marine equipment for which an established category does not exist | Thrustmaster of Texas | See Seperate List | | Approx. 16 weeks FRO | | | |

| ESTIMATED SALES - (ANNUAL) | SPECIAL ITEM NO | Ancillary Services | Description of Services Offered |
|---|---|---|---|
| $500,000 | 260-98<br>FSC | **INCLUDES** but is not limited to installation of boat modification packages | |

EXCLUDES: Construction (construction is defined as construction, alteration or repair of building, structures, or other real property as defined by Federal Acquisition Regulation 36.102).

Contractors may subcontract any ancillary services ordered under this special item number but are responsible for insuring that the scope of work is completed and all warranties are honored. Subcontractors must be licensed and bonded. Compliance with all local laws, regulations and ordinances are the responsibility of the prime contractor. The prime contractor shall accept full responsibility and liability for all work performed by subcontractors under a resultant contract. The Government reserves the right to apply liquidated damages whenever the required delivery is not met.

It is the agency's responsibility to define the scope of work required for ancillary services as well as obtain price quotations to assure fair and reasonable pricing to the Government. Agencies will negotiate ancillary services on a project by project basis which shall be priced as separate line items. The agency will determine the best value to the Government based on the quotations received. All payments and orders must be placed with the prime contractor. All ancillary service must be guaranteed for any defect in workmanship and materials in accordance with standard commercial practice.

**ORDERS FOR ANCILLARY SERVICES UNDER THIS SPECIAL ITEM NUMBER CAN ONLY BE PLACED IN CONJUNCTION WITH ORDERS FOR PRODUCTS ON THIS FEDERAL SUPPLY SCHEDULE. THE PRINCIPAL PURPOSE OF THIS SCHEDULE IS FOR THE PURCHASE OF MARINE CRAFT AND EQUIPMENT, MARINE ENGINES, AND OTHER MARINE PRODUCTS AS DESCRIBED HEREIN.**

* This section completed only if offering delivery outside domestic scope found on page 74.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO. AS05

3. Effective Date See Blk 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

'JED BY CODE

.l Services Administration
ral Products Center
Morale, Welfare, and Recreational Products Cont. Div. (7FXPM)
819 Taylor Street
Fort Worth. TX 76102

7. ADMINISTERED BY *(If other than Item 6)* CODE

72A and IFF Remittance Delegated to:
GSA/FSS (9FQ)

NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Mr. Duke Miller
Thrustmaster of Texas, Inc.
12227 FM 529
Houston, TX 77284

ORIGINAL

(3)

9A. AMENDMENT OF SOLICITATION NO.

9. DATED *(SEE ITEM 11)*

10. MODIFICATION OF CONTRACT/ ORDER NO. GS-07F-0204J

X

10B. DATED *(SEE ITEM 13)* 5/01/99

CODE

FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging the receipt of the amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter makes reference to the solicitation and this amendment, and is re d prior to the opening hour and date specified.

:OUNTING AND APPROPRIATION DATA *(If required)* N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| (3) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| XX | D. OTHER *(Specify type of modification and authority)* 552.243-72, Modifications and contractor's letter dated 11/2/2000 552.216.70 Economic Price Adjustment (SEP 1999). |

E. IMPORTANT: Contractor X is not, ___ is required to sign this document and return _____ copies to this issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

a. The above-referenced contract for Schedule 539, Group 19 Part I, Marine Craft and Equipment, Inboard and Outboard Engines, Towable Bladders and Floatable Barriers and Buoys, is hereby modified to incorporate the "Thrustmaster L-Drive Mechanical Tunnel Thrusters" Price List, dated November 2, 2000. This price list reflects the addition of new items.

15A. NAME AND TITLE OF SIGNER (Type or Print)

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Carol A. Batesole
Contracting Officer

)NTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
Carol A. Batesole
*(Signature of Contracting Officer)*

16C. DATE SIGNED 3-6-01

Cont'd



b. The basic discount and price relationship remain as established at the time of award.

c. A Quantity Discount of "10% on quantity of more than 5 of any one item on entire contract" is added to the contract.

d. All other terms and conditions remain unchanged.

THRUSTMASTER OF TEXAS, INC.
12227-1 FM 529
HOUSTON, TEXAS 77041

*For A Big Thrust In The Right Direction*

approved Dolores H. Calvin Contract Specialist mar. 6, 01

Price List

Thrustmaster L-Drive Mechanical Tunnel Thrusters

400 Thru 800 HP

| MODEL | RATED HP | INPUT RPM | PROP DIA | TUNNEL LENGTH | PRICE |
|---|---|---|---|---|---|
| 42TT400L | 400 | 1800 | 40 ½ inches | 42 inches | $67,850 |
| 47TT500L | 500 | 1200 | 45 ½ inches | 47 inches | $69,640.00 |
| 52TT600L | 600 | 1200 | 50 inches | 52 inches | $78,990.00 |
| 56TT800L | 800 | 1000 | 54 inches | 56 inches | $88,335.00 |

Basic unit price is for a tunnel thruster assembly consisting of a four-blade, high-thrust manganese-bronze tunnel thruster propeller mounted on a high-strength propeller shaft which is connected to the input shaft through a set of spiral bevel gears. The pod housing, containing the propeller shaft, bearings, spiral bevel gear set and input shaft, is made of fabricated steel and is bolted to the tunnel assembly. The transverse tunnel thruster assembly is for mounting transversely in either the bow or the stern of a vessel. A flexible coupling between the customer provided power source and the thruster is required.

This is to certify that this price list reflects current commercial pricing for the above listed models.

Joe R. Bekker, President
November 2, 2000