# In the United States Court of Federal Claims

No. 03-1420C
(Filed: December 3, 2003)

* * * * * * * * * * * * * * * * * * * * * * * * * *
THRUSTMASTER OF TEXAS, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending are plaintiff's December 2, 2003 motion for leave to file in paper form, and its December 2, 2003 unopposed motion for an enlargement of time. Both motions are granted. Accordingly, on or before December 15, 2003, plaintiff shall file its response to defendant's motion to dismiss. The clerk is directed to serve a copy of this order upon plaintiff by regular mail.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge