ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC - 2 2003
U.S. COURT OF FEDERAL CLAIMS

THRUSTMASTER OF TEXAS, INC.,

Plaintiff

v.

THE UNITED STATES OF AMERICA

Defendant

Civil No. 03-1420C By leave of the Judge
(Senior Judge Bruggink)

PLAINTIFF'S MOTION FOR LEAVE TO FILE IN PAPER FORM

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims ("RCFC") and General Order No. 2003-42 regarding Interim Procedures for Electronic Case Filing, Plaintiff, Thrustmaster of Texas, Inc., respectfully requests leave of court to file this motion and its accompanying Plaintiff's Unopposed Motion for an Enlargement of Time in paper form.

The requested leave is for several reasons. This is Plaintiff's counsel's first experience utilizing the Electronic Case Filing system. Said counsel did not receive a Notice of Electronic Case Filing to his knowledge. All prior motions in this matter were served upon him by mail. He belatedly learned of the filing of the Defendant's Motion to Dismiss in the course of trying to determine why he had not yet received Defendant's Answer or other responsive pleading. He is unable to determine at this date why he failed to receive Notice of Electronic Filing, but will diligently do so in the coming weeks. In addition, and most importantly, Plaintiff's counsel has not yet registered with the Court to be able to file electronically and will be out of the country November 16 through 22, 2003. No other member of his firm is admitted to this Court. After Plaintiff's counsel's return, he will endeavor to complete and file the appropriate application(s)

and/or form(s) and obtain the required training in order that future filings in this case and with this Court may be filed electronically.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for leave to file in paper form.

Respectfully submitted,

Raymond J. Sherbill, Esq.
RIDBERG SHERBILL & ARONSON LLP
Three Bethesda Metro Center
Suite 650
Bethesda, Maryland 20814-5329
(301) 913-5770

Counsel for Defendant
Thrustmaster of Texas, Inc.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 17th day of November, 2003, I caused to be served via United States Mail, first class, postage prepaid, Plaintiff's Motion for Leave of Court to File in Paper Form, on:

Claudia Burke, Attorney
Civil Division, Department of Justice
Att'n: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Raymond J. Sherbill

Docket No. 03-1420

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Bruggink

FROM: CLERK'S OFFICE

The attached was received on 11/17/03 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ________ [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ____ | Re: ____ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ✓ No provision in the Rules for the filing of this item
7. ✓ ECF case.

S. Paul
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

[signature]
Signature

12/1/03
Date