IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THRUSTMASTER OF TEXAS, INC., | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No. 03-1420C (Senior Judge Bruggink) |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |

PLAINTIFF'S MOTION TO TRANSFER

Plaintiff, Thrustmaster of Texas, Inc., through counsel, respectfully requests that the Court transfer this case to the United States District Court for the District of Columbia.

As noted in plaintiff's accompanying response to the defendant's motion to dismiss, the Defendant has moved to dismiss on grounds that this case sounds in admiralty and, after review of the facts and law, plaintiff opposes dismissal but concurs that the matter sounds in admiralty. As also note in the plaintiff's response, 28 U.S.C. § 1631 permits the Court to transfer the case to the District Court in the interests of justice, and the District Court would have jurisdiction over the case upon transfer. On the other hand, if the Court were to dismiss the case and not transfer it, the plaintiff would be barred from refiling the case due to the twelve-month filing time limit set forth in 41 U.S.C. § 609(a)(3). The Court would thus serve the interests of justice to transfer this matter to the District Court.

Venue in the United States District Court of the District of Columbia is appropriate and permitted under 46 USCS Appx. § 742, the Suits in Admiralty Act. *See also* Marine Logistics, Inc. v. England, 265 F.3d 1322, 1324 (U.S. App. 2001). Plaintiff notes that plaintiff is incorporated and resides in Texas, the thrusters were ultimately to be delivered to Virginia, and

that the complaint addresses actions of the U.S. General Services Administration and the United States Army, each of which maintain a presence in the District of Columbia.

For the foregoing reasons, Plaintiff respectfully requests that the Court transfer this matter to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1631.

Respectfully submitted,

/s/

Raymond J. Sherbill, Esq.

RIDBERG SHERBILL & ARONSON LLP
Three Bethesda Metro Center
Suite 650
Bethesda, Maryland 20814-5329
(301) 913-5770

Counsel for Defendant
Thrustmaster of Texas, Inc.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 15th day of December, 2003, I caused to be served electronically, a copy of PLAINTIFF'S RESPONSE TO MOTION TO DISMISS, on:

Claudia Burke, Attorney
Civil Division, Department of Justice
Att'n: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

______________________________
Raymond J. Sherbill