# In the United States Court of Federal Claims

**No. 03-1420 C**

**THRUSTMASTER OF TEXAS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's published opinion, filed February 11, 2004, granting plaintiff's request to transfer in lieu of dismissal,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the case is transferred to the United States District Court for the Eastern District of Texas. Each party to bear its own costs.

Brian Bishop
Clerk of Court

**March 4, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.

# In the United States Court of Federal Claims

**No. 03-1420 C**

**THRUSTMASTER OF TEXAS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's published opinion, filed February 11, 2004, granting plaintiff's request to transfer in lieu of dismissal,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the case is transferred to the United States District Court for the Eastern District of Texas. Each party to bear its own costs.

Brian Bishop
Clerk of Court

**March 4, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.