United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

April 9, 2004

David J. Maland, Clerk
U.S. District Court
106 Federal Building
211 West Ferguson Street
Tyler, Texas 75702

*Re:* *Thrustmaster of Texas, Inc. v. The United States,*
*No. 03-1420 C*

Dear Mr. Maland:

Pursuant to the Opinion of this court filed on February 11, 2004, the above captioned case has been transferred to your court. Enclosed, please find a certified copy of both the transfer order, jusgment, and docket sheet, together with the original and ECF documents that comprise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Senior Docket Specialist

Enclosures

cc: Judge Eric G. Bruggink
Raymond J. Sherbill, Esquire
Claudia Burke, Esquire