# In the United States Court of Federal Claims

**03-1420 C**

**Filed:**

**THRISTMASTER OF TEXAS, INC.**

**v.**

**THE UNITED STATES**

**Acknowledgement of receipt of transferred records received from U.S. District Court on April 19, 2004**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.